IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHARLES N. HODGE**                                                                      **PETITIONER**
Reg. #12114-074

VS.                       CASE NO.: 2:13CV00005 DPM/BD

**ANTHONY HAYNES, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                 **RESPONDENT**

## ORDER

Petitioner Charles N. Hodge has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Docket entry #1) Mr. Hodge has not filed, however, a motion to proceed *in forma pauperis* or paid the $5.00 filing fee to the Court. If he wishes to proceed with this case, Mr. Hodge must file a request to proceed *in forma pauperis* with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2), or pay the $5.00 filing fee to the Court within thirty days of entry of this Order. Failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send Mr. Hodge an application to proceed *in forma pauperis*, along with a copy of this Order.

IT IS SO ORDERED this 23rd day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE