IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES N. HODGE
Reg. # 12114-074                                                                PETITIONER

v.                              No. 2:13-cv-5-DPM

ANTHONY HAYNES, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                          RESPONDENT

## JUDGMENT

Hodge's petition for a writ of habeas corpus is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

  24 May 2013